RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 1/24/11
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| VICTOR TEON LINDSEY, II #19944-051 | DOCKET NO. 10-CV-0792; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| FEDERAL BUREAU OF PRISONS, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DENIED** and **DISMISSED for lack of jurisdiction.**

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 24th day of January, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE